FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 MAY 14 AM 12:07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JULIO CESAR TAFOYA-GUILLEN,**<br><br>Defendant. | CRIMINAL NO. CR25-1360 GBW<br><br>Count 1: 8 U.S.C. §1325(a)(1): Illegal Entry Without Inspection<br><br>Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations<br><br>Count 3: 18 U.S.C. § 1382: Entering Military Property. |

INFORMATION

The United States Attorney charges:

On or about May 5, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JULIO CESAR TAFOYA-GUILLEN**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about May 5, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **JULIO CESAR TAFOYA-GUILLEN**, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a

controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

<u>Count 3</u>

On or about May 5, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JULIO CESAR TAFOYA-GUILLEN**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
United States Attorney

_____
ELIZABETH TONKIN
Special Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304